(C.D. 3545)

McKesson Liquor Co. *v.* United States

United States Customs Court, Third Division

(Decided August 26, 1968)

*Arnold & Porter* for the plaintiff.
*Edwin L. Weisl, Jr.,* Assistant Attorney General, for the defendant.

Before Richardson and Landis, Judges

Richardson, Judge: Defendant having moved, upon the call of the calendar on May 15, 1968 at Boston, Mass., for a dismissal of the protest herein on the ground of untimeliness, and the court having granted said motion, it is

ORDERED, ADJUDGED AND DECREED that the protest herein be, and the same hereby is, dismissed for untimeliness.